FILE COPY

DATE: 6/26/2015

RE: Case No. 15-0141
COA #: 12-13-00005-CV    TC#: 2012-876-A
STYLE: THE GOOD SHEPHERD HOSPITAL, INC.
    v. RONALD MASTEN AND CHARLENE MASTEN

Today the Supreme Court of Texas denied the petition for review in the above-referenced case.

MS. CATHY S. LUSK
CLERK, TWELFTH COURT OF APPEALS
1517 WEST FRONT, SUITE 354
TYLER, TX 75702

FILED IN COURT OF APPEALS
12th Court of Appeals District

JUN 2 9 2015

TYLER, TEXAS
CATHY S. LUSK, CLERK